

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00162-CR

Manuel Balderas **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6806
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is ORDERED that the mandate issue immediately.

SIGNED May 6, 2015.

Luz Elena D. Chapa, Justice